**Order entered December 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01085-CV

**MOMENTIS U.S. CORPORATION, ET AL, Appellants**

**V.**

**PERISSOS HOLDINGS, INC. ET AL, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03025-M**

## ORDER

We **GRANT** appellants' December 17, 2013 unopposed motion for extension of time to file brief and **ORDER** the brief filed no later than January 21, 2014. Appellants are cautioned that no further extensions will be granted absent exigent circumstances.

/s/  DAVID LEWIS
    JUSTICE